**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SALVADOR PEREZ-GUZMAN,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 14-72439

Agency No. A047-721-744

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Salvador Perez-Guzman, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez-Guzman's motion to reopen as untimely where it was filed more than two years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to show a change in country conditions in Mexico sufficiently material to him in order to warrant reopening, *see* 8 C.F.R. § 1003.2(c)(3)(ii), *Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir. 2007) (setting forth the requirements for prevailing on a motion to reopen due to changed country conditions).

**PETITION FOR REVIEW DENIED.**